UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON WILLIE ISELI,

Petitioner,

v.

RENAE K. BARNES, et al.,

Respondents.

No. 2:26-cv-1541 CKD P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form and complete the form accurately. Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's

/////

application form must contain all relevant claims, and must provide the court with all necessary information.

The court notes that petitioner has filed a request for a prison transfer. A petition for writ of habeas corpus under 28 U.S.C. § 2254 challenges custody or duration thereof, not conditions of confinement. If petitioner wishes to challenge conditions of confinement, he should initiate either an action under California civil law or 42 U.S.C. § 1983.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (ECF No. 2) is GRANTED.

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order.[1]

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition."

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

5. Petitioner's motion for a prison transfer (ECF No. 4) is DENIED.

Dated: August 12, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
isel1541.115

[1] By setting this deadline, the court is making no finding or representation that the petition is not subject to dismissal as untimely.